CRAIG L. HARRIS *v.* STATE OF MARYLAND

[No. 162, September Term, 1982.]

*Decided February 8, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

## *PER CURIAM ORDER*

It is this 8th day of February, 1982

ORDERED, by the Court of Appeals of Maryland, that the petition for writ of certiorari having been granted, the judgment of the Circuit Court for Kent County be, and it is hereby, vacated, with costs. *See Burch v. State,* 278 Md. 426, 365 A.2d 577 (1976).